UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANTONIO T. MCKINNEY**                                                                                         **PLAINTIFF**
**ADC #145899**

v.                            **CASE NO. 3:20-CV-00177-BSM**

**BOWATCHYIE**                                                                                                  **DEFENDANT**

**ORDER**

Antonio McKinney is directed to either pay the $400 filing fee or submit an application to proceed without prepaying fees or costs within thirty (30) days of the date of this order, or his case will be dismissed without prejudice. The clerk is directed to send McKinney an application to proceed *in forma pauperis*, including calculation sheet.

IT IS SO ORDERED this 14th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE