# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANTONIO T. MCKINNEY**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #145899**

v.　　　　　　　　　**CASE NO. 3:20-CV-00177-BSM**

**BOWATCHYIE**　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered on August 14, 2020, this case is dismissed without prejudice.

IT IS SO ORDERED, this 20th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE