# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANTONIO T. McKINNEY**  **PLAINTIFF**
**ADC #145899**

v.  CASE NO. 3:20-CV-00177-BSM

**BOWATCHYIE**  **DEFENDANT**

## ORDER

Antonio T. McKinney's motion for status update [Doc. No. 19] is granted. In January 2021, the Eighth Circuit Court of Appeals summarily affirmed the dismissal of this case and assessed the appellate filing fee. This case is closed. The clerk is directed to send McKinney a copy of the docket sheet.

IT IS SO ORDERED this 25th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE